# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY | : No. 27 WAL 2015 |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| JOHN S. SCHLICK, JON R. SCHLICK, DENISE L. SCHLICK, AND TAMMY BULGER, ADMINISTRATRIX OF THE ESTATE OF MARSHALL D. CURL | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: TAMMY BULGER, ADMINISTRATRIX OF THE ESTATE OF MARSHALL D. CURL | : |
| | : |
| | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.